UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael Shipp |
| v. | : | Mag. No. 10-6087 |
| GALO PUYA | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Mark McCarren, Assistant U.S. Attorney, appearing), and defendant Galo Puya (by Daniel J. Welsh, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of approximately sixty days to allow the parties to finalize plea negotiations and enter a plea, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant and the United States desire additional time to finalize the plea negotiations and enter a plea, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance; and

(3)   Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE IT IS on this _27th_ day of July 2011,

ORDERED that this action be, and hereby is, continued for a period of approximately 60 days from July 15, 2011, through and including September 13, 2011; and it is further

ORDERED that the period from July 15, 2011, through and including September 13, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE MICHAEL A. SHIPP
United States Magistrate Judge


I hereby consent to the
entry and form of this Order

Paul J. Fishman
United States Attorney

_____
BY: Mark McCarren
    Assistant U.S. Attorney

_____
Daniel J. Welsh, Esq.
Counsel for defendant Puya